UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 12-20042

ZAFAR MEHMOOD,

    Defendant.
                                      /

**ORDER DENYING DEFENDANT'S "RENEWED MOTION FOR
RELEASE FROM CUSTODY ON BOND PENDING TRIAL"**

On June 29, 2012, Defendant Zafar Mehmood filed a "Renewed Motion for Release From Custody on Bond Pending Trial." The Government filed a response in opposition and the court heard oral argument on July 25, 2012. Because the facts supporting the court's earlier denial of Defendant's first motion for release from custody have not significantly changed, the court, in adherence to the earlier order and for the reasons fully stated on the record during both the February 16, 2012 and July 25, 2012 hearings, will deny the motion. Accordingly,

    IT IS ORDERED that Defendant's "Renewed Motion for Release from Custody on Bond Pending Trial" [Dkt. # 59] is DENIED.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 26, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 26, 2012, by electronic and/or ordinary mail.

                                     s/Lisa Wagner
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522

5:12-cr-20042-JEL-RSW   Doc # 65   Filed 07/25/12   Pg 2 of 2   Pg ID 782

2