UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D1  Zafar Mehmood,

    Defendant.

Case No. 12-CR-20042
Hon. Robert H. Cleland

---

| Catherine K. Dick | Martin E. Crandall (P26824) |
|---|---|
| Trial Attorney | CLARK HILL PLC |
| U.S. DEPARTMENT OF JUSTICE | 500 Woodward Avenue, Suite 3500 |
| 1400 New York Ave., N.W. | Detroit, MI 48226 |
| Bond Building, Third Floor | (313) 965-8300 |
| Washington, D.C. 20005 | Attorney for Defendant Zafar Mehmood |
| (202) 538-4049 | mcrandall@clarkhill.com |
| Attorney for Plaintiff | |
| catherine.dick@usdoj.gov | |

---

## ORDER ALLOWING PRIVATE INVESTIGATOR TO ACCOMPANY DEFENSE COUNSEL TO MEET WITH CLIENT AT SAINT CLAIR COUNTY JAIL

**IT IS ORDERED THAT:**

Defense counsel may be accompanied by its private investigator, Mr. James Hoppe, during client meeting at the Saint Clair County Jail in Port Huron, Michigan.

                                            s/Robert H. Cleland
                                            United Stated District Judge
                                            Robert H. Cleland

Dated:  _March 10, 2014

200364092.1 43576/166137