UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D1  Zafar Mehmood,

    Defendant.

Case No. 12-CR-20042
Hon. Robert H. Cleland

---

Catherine K. Dick
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
1400 New York Ave., N.W.
Bond Building, Third Floor
Washington, D.C. 20005
(202) 538-4049
Attorney for Plaintiff
catherine.dick@usdoj.gov

Martin E. Crandall (P26824)
CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
(313) 965-8300
Attorney for Defendant Zafar Mehmood
mcrandall@clarkhill.com

---

### *EX PARTE* ORDER ALLOWING COUNSEL TO USE COMPUTER DURING MEETING WITH INMATE ZAFAR MEHMOOD

**IT IS ORDERED THAT:**

Defense counsel Martin E. Crandall and Glenn C. Ross may bring and use laptop computers during client meetings at any correctional facility where Mr. Zafar Mehmood may be incarcerated.

    s/Robert H. Cleland
United Stated District Judge
Robert H. Cleland

Dated:  June 27, 2014

201054398.1 43576/166137