UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No. 12-20042

ZAFAR MEHMOOD, D-1,

    Defendant.

                                            /

**ORDER GRANTING DEFENDANT'S MOTION FOR BOND TO REVIEW CERTAIN DOCUMENTS IN PREPARATION FOR TRIAL AND DENYING REMAINING MOTIONS FOR BOND WITHOUT PREJUDICE**

      Defendant Zafar Mehmood has filed several motions seeking limited bond for the purpose of reviewing documents in preparation for trial. (*See* Dkt. ## 133, 142, 143.) On July 22, 2014, the court held a telephonic on-the-record conference with the parties to allow the government an opportunity to object or otherwise state its views regarding Defendant's request. After fully considering the issue, the court will grant Defendant's motion, subject to the conditions below. Accordingly,

      IT IS ORDERED that Defendant's "Third Motion for Bond" (Dkt. # 143) is GRANTED. The following conditions shall apply:

> 1. Defendant will be allowed a limited release on bond, for the sole purpose of reviewing documents in preparation for trial, for no more than three, eight-hour business days. At the conclusion of each visit, Defendant will be returned to the United States Marshal Service lockup;
>
> 2. Defendant will, at pre-arranged times, be transported to and picked up from the United States Marshals lockup in the Theodore Levin Federal Courthouse to the Department of Health and Human Services' Detroit facility where the documents to be reviewed are stored;

3. Defendant will be transported from the Courthouse to the Department of Health and Human Services facility, and vice versa, by his attorney, Martin Crandall;

4. Defendant will at all times be accompanied by Martin Crandall or Martin Crandall's associate, Glenn Ross, who is admitted to practice in the Eastern District of Michigan;

5. Defendant will post an unsecured personal bond in the amount of $50,000;

6. Defendant will submit to GPS monitoring to be managed by the pretrial services department;

7. Defendant will have no access to any cellular communication devices nor will Defendant be permitted to use a telephone;

8. Defendant will have no contact with any family, friends, or any of his associates during his proposed release, and shall not initiate any conversation or contact with any person other than as necessary to conduct his review of the relevant materials;

9. While within the Department of Health and Human Services facility, Defendant shall remain in the area designated by the Department of Health and Human Services for his review, with the exception of use of the restroom. Should Defendant need to use the restroom, defense counsel or an agent designated by the government will escort Defendant to and from the restroom, and stand outside its entrance to ensure Defendant remains secured. In addition, the government may utilize foot shackles or other restraints at the discretion of federal agents while the Defendant is within the Department of Health and Human Services facility;

10. Federal law enforcement agents may be present in the room with Defendant at all times to ensure the integrity of original evidence and the safety of persons and property;

11. Defense counsel shall identify, at least one business day in advance of each visit, those boxes (from the index previously provided by the government) which he intends to review with Defendant at the Department of Health and Human Services facility;

12. While Defendant is released on bond under these proposed terms, defense counsel and his associates shall be solely responsible for their own safety.

IT IS FURTHER ORDERED that at the conclusion of the three-day period authorized by this order, defense counsel is DIRECTED to report to the court regarding the anticipated need for any future visits.

IT IS FURTHER ORDERED that Defendant's remaining motions for bond (Dkt. ## 133, 142) are DENIED WITHOUT PREJUDICE.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: July 23, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 23, 2014, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522