UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

vs.

ZAFAR MEHMOOD,

      Defendant.
_____/

Case No. 12-CR-20042-1

HON. ROBERT H. CLELAND

**ORDER GRANTING MOTION TO WITHDRAW
AND DETERMINING EXCLUDABLE DELAY**

      This matter comes before the court on Martin Crandall's "Motion to Withdraw as Defense Counsel for Zafar Mehmood" filed on September 4, 2014.  Concurrence was sought and the government does not oppose the motion.  After review of the motion and brief by the Court, the motion will grant the motion. Therefore,

      IT IS ORDERED that the Motion to Withdraw is **GRANTED**.   The Federal Defender's Office is directed to appoint new counsel. Upon the filing of an appearance by the new attorney, this court will schedule a status conference with all counsel and issue a scheduling order setting new dates.

      IT IS FURTHER ORDERED that the time period from September 4, 2014 to October 4, 2014 shall be excludable from time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends

of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  September 11, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 11, 2014, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522