**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 12-20042

ZAFAR MEHMOOD, D-1, and BADAR
AHMADANI, D-2,

    Defendants.

_____/

**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTIONS FOR
ADDITIONAL TIME**

    Currently pending before the court are Defendant Mehmood's motion for additional time to review documents, and Defendant Ahmadani's joinder in this motion. However, since these motions were filed, events have substantially overtaken the relief requested. Specifically, Defendant Mehmood's attorney has withdrawn and been replaced by new counsel, and the trial dates for this matter have been extended substantially. In other words, the motions are now moot. Accordingly,

    IT IS ORDERED that Defendant Mehmood's "Motion for Additional Time for Defendant to Review Documents in Preparation for Trial" (Dkt. # 150) is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendant Ahmadani's joinder in Defendant Mehmood's motion (Dkt. # 151) is DENIED WITHOUT PREJUDICE.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: September 30, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 30, 2014, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522